UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | Case No. CR01-0362-MJP |
| Plaintiff,      ) | |
| ) | |
| v.      ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JOHN SZYMCZAK,      ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant.      ) | |
| _____      ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 23, 2007. The United States was represented by Assistant United States Attorney Susan Roe, and the defendant by Ms. Carol Koller. The proceedings were recorded on cassette tape

The defendant had been charged and convicted of three counts of Armed Bank Robbery. On or about January 22, 2007, defendant was sentenced by the Honorable Marsha J. Pechman to a term of seventy (70) months in custody, followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, consenting to search and seizure, no new credit to be obtained, financial disclosure and restitution in the amount of $8,453.01.  The special conditions of defendant's supervised release were modified on or about February 23, 2007, to include his participation in a residential reentry center program for 180 days.

In a Petition for Warrant or Summons, dated March 22, 2007, U.S. Probation Officer Christopher S. Luscher asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to satisfactorily participate in a residential reentry center program as of March 22, 2007, in violation of the special condition that he reside in and satisfactorily participate in a residential reentry program as a condition of supervision for up to 180 days.

(2) Using methamphetamine, on or about March 13 and 16, 2007, in violation of standard condition No. 7.

(3) Failing to follow instructions of the probation officer on February 27, 2007, in violation of standard condition No. 3.

(4) Failing to report to the probation officer as directed on February 21, 2007, in violation of standard condition No. 2.

(5) Failing to submit to urinalysis testing on February 20 and 27, 2007, and March 19, 2007, in violation of the special condition requiring him to submit to testing to determine if he has reverted to the use of drugs or alcohol.

The defendant was advised of his rights, admitted to alleged violations numbers 1 through 5, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 through 5, and that the Court conduct a hearing limited to disposition.

A disposition hearing will be set before the Honorable Marsha J. Pechman at a time to

be determined.  Pending a final determination by the Court, the defendant has been detained

DATED this 23rd day of March, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Ms. Susan Roe
Defendant's attorney: Ms. Carol Koller
Probation officer: Mr. Brian Rogers

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3