UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR01-362-MJP |
| Plaintiff, | ) ) | |
| v. | ) ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO |
| JOHN SZYMCZAK, | ) ) | ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | ) ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on April 27, 2009. The United States was represented by AUSA Susan Roe and the defendant by Carol Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 8, 2002 by the Honorable Marsha J. Pechman on a charge of Armed Bank Robbery (3 counts), and sentenced to 70 months custody, five years supervised release. (Dkt. 26 )

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a substance abuse program, submit to search, participate in a mental health

program, pay restitution in the amount of $8,453.01, provide access to financial information, and be prohibited from incurring new credit obligations or lines of credit without permission.

On March 23, 2007, defendant admitted violating the conditions of supervised release by failing to satisfactorily participate in a residential reentry program, using methamphetamine, failing to follow the instructions of the probation officer, failing to report to the probation officer, and failing to submit to urinalysis testing. (Dkt. 31.) A sentence of sixty days was imposed, he was required to participate in a residential reentry center program for up to 180 days, and supervised release of 33 months was reimposed. (Dkt. 36.)

In an application dated July 17, 2009 (Dkt. 37), U.S. Probation Officer Christopher S. Luscher alleged the following violations of the conditions of supervised release:

1. Failing to satisfactorily participate in a residential reentry center program, as of July 13, 2007, in violation of the special condition that he reside in and satisfactorily participate in a residential reentry program as a condition of supervision for up to 180 days.

2. Failing to report to the probation officer as directed, on July 13, 2007, in violation of standard condition No. 2.

3. Failing to submit to urinalysis testing, on June 13, 25, 26 and July 12, 2007, in violation of the special condition requiring him to submit to testing to determine if he has reverted to the use of drugs or alcohol.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as

01 alleged, and that the Court conduct a hearing limited to the issue of disposition. The next
02 hearing will be set before Judge Pechman.

03 Pending a final determination by the Court, defendant has been detained.

04 DATED this 27th day of April, 2009.

_____
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Susan Roe
Defendant's attorney: Carol Koller
Probation officer: Christopher S. Luscher

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3